In the Matter of the Application of SOL DOUGLAS, Petitioner, for a Certiorari Order against FRANK F. ADEL, a Justice of the Supreme Court of the State of New York, Respondent.— Application for a certiorari order denied. The applicant

is remitted to his remedy by appeal whereon the entire record may be presented to this court. Young, Carswell, Tompkins and Johnston, JJ., concur; Lazansky, P. J., dissents, being of opinion that the method of review is by an order of certiorari.